STATE of Missouri, Respondent,

v.

**Elizabeth J. WASHECHEK,**
**Defendant/Appellant.**

**Elizabeth J. WASHECHEK,**
**Defendant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 68339, 70504.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 29, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1997.

Application to Transfer Denied
Aug. 19, 1997.

William James O'Herin, Florissant, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Elizabeth J. Washechek ("defendant") appeals after her jury convictions and sentences for twelve counts of forgery and one count of stealing over $150 from her employer. Defendant also appeals the denial of her Rule 29.15 motion. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rules 84.16(b) and 30.25(b).